**SOUTH LAFOURCHE LEVEE DISTRICT**

v.

**Chad M. JARREAU**

**NO. 2016-00904**

Supreme Court of Louisiana.

September 6, 2016

Applying For Writ of Certiorari and/or Review, Parish of Lafourche, 17th Judicial

District Court Div. B, No. 117693; to the Court of Appeal, First Circuit, No. 2015 CA 0328

∟Granted. See Order Attached.